[No. 29289-1-II.   Division Two.   May 3, 2005.]

*In the Matter of the Marriage of* MARGARET FARNSWORTH, *Respondent*, and DAVID EUGENE FARNSWORTH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-3-03834-8, Vicki L. Hogan, J., entered August 29, 2002. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Morgan, J.; Hunt, J., concurring in part and dissenting in part.

[No. 30525-9-II.   Division Two.   May 3, 2005.]

PREMIER DESIGN, L.L.C., *Respondent*, v. RAY REICHENBERG ET AL., *Appellants*, NORTHWEST CASCADE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-07878-5, Bruce W. Cohoe, J., entered June 17, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Houghton and Hunt, JJ.

[No. 31011-2-II.   Division Two.   May 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT FRANCIS YACKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-8-02795-1, D. Gary Steiner, J., entered October 22, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Morgan, J.